

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-16-00523-CV

**IN RE** Michael **CAMERON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On August 16, 2016, relator Michael Cameron filed a petition for writ of mandamus and an emergency motion for temporary relief. In response to this court's order of September 12, 2016, the real party in interest filed a letter with this court on September 16, 2016, which reflects the parties' agreement that the relief sought in the mandamus is now moot. Accordingly, this mandamus proceeding is DISMISSED AS MOOT. The temporary stay previously ordered by this court is LIFTED.

It is so **ORDERED** on September 20, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI13043, styled *Rebecca Creek Distillery, LLC v. Michael Cameron*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.